**ROBERT S. SOLA**
Oregon State Bar No. 84454
rssola@msn.com
Robert S. Sola, P.C.
1500 S.W. First Ave., Suite 800
Portland, Oregon 97201
Telephone (503) 295-6880
Facsimile (503) 243-4546

**JAMES A. FRANCIS** *(pro hac vice)*
jfrancis@consumerlawfirm.com
**JOHN SOUMILAS** *(pro hac vice)*
jsoumilas@consumerlawfirm.com
**LAUREN KW BRENNAN** *(pro hac vice*)
lbrennan@consumerlawfirm.com
Francis Mailman Soumilas, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Telephone: (215) 735-8600
Facsimile (215) 940-8000

*Attorneys for Plaintiff Bonnie Magallon
and the certified class*

IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **BONNIE MAGALLON**,<br>**On behalf of herself and all others similarly situated,**<br><br>              Plaintiff,<br><br>       v.<br><br>**ROBERT HALF INTERNATIONAL, INC.,**<br>a foreign corporation,<br><br>              Defendant. | Civil No. 6:13-cv-01478-SI<br><br>**DECLARATION OF JOHN SOUMILAS IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE PORTIONS OF THE REPORT AND TESTIMONY OF REBECCA KUEHN** |

Declaration of John Soumilas in Support of Plaintiff's Motion to Exclude Portions of the Expert Report and Testimony of Rebecca Kuehn

# DECLARATION OF JOHN SOUMILAS IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORT AND TESTIMONY OF REBECCA KUEHN

I, John Soumilas, hereby declare as follows:

1. I am an attorney duly licensed to practice in the Commonwealth of Pennsylvania and the State of New Jersey.

2. I am one of the counsel of record for Plaintiff Bonnie Magallon and the class, after being admitted to practice *pro hac vice* by this Court on April 25, 2014 (ECF 15), and have personal knowledge of the facts and circumstances of this matter.

3. Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Rebecca E. Kuehn produced in this matter, dated January 5, 2024.

4. Attached hereto as Exhibit B is a true and correct copy of the transcript of the deposition of Rebecca E. Kuehn, taken on February 28, 2024.

5. Attached hereto as Exhibit C is a true and correct copy of Defendant Robert Half International, Inc.'s Responses to Plaintiff Bonnie Magallon's Interrogatories, dated May 1, 2014.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 1, 2024

                                               */s/ John Soumilas*
                                               John Soumilas